IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Billy John Smith,<br><br>　　　　Defendant. | No. CR11-01903-TUC-RCC(DTF)<br><br>**ORDER** |

　　　The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Ferraro (Doc. 95), and the objections filed by the parties thereto,

　　　**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the motions pursuant thereto.

　　　DATED this 8th day of August, 2013.

_____
Raner C. Collins
United States District Judge